FILED
CLERK, U.S. DISTRICT COURT
12/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VAV____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ESTRADA,<br>  aka "Stalker," and<br>BARBARA JIMENEZ,<br>  aka "Shanker,"<br><br>    Defendants. | CR 2:22-cr-00606-FMO<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

### COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.  OBJECT OF THE CONSPIRACY

Beginning on an unknown date and continuing until at least on or about May 19, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants JOSE ESTRADA, also known as ("aka") "Stalker," and BARBARA JIMENEZ, aka "Shanker," conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute at least 50 grams of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.   MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant ESTRADA would arrange to sell methamphetamine to a drug customer.

2.   Defendant JIMENEZ would sell the methamphetamine to a drug customer for further distribution to others.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants ESTRADA and JIMENEZ, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about May 18, 2022, via text message, using coded language, defendant ESTRADA offered a pound of methamphetamine for sale for $1,250 in Los Angeles to a person he believed to be a customer, but who was, in fact, a confidential informant working for ATF (the "Confidential Informant").

Overt Act No. 2:   On or about May 18, 2022, via text messages, using coded language, defendant ESTRADA arranged to meet the Confidential Informant on May 19, 2022.

Overt Act No. 3:   On or about May 19, 2022, defendants ESTRADA and JIMENEZ met the Confidential Informant outside of a house on Meridian Street in Pasadena, California, (the "Meridian Street House").

<u>Overt Act No. 4</u>:   On or about May 19, 2022, using coded language, defendants ESTRADA and JIMENEZ agreed to sell the Confidential Informant half a pound of methamphetamine for $700.

<u>Overt Act No. 5</u>:   On or about May 19, 2022, defendant JIMENEZ, in exchange for $700, sold approximately 223.7 grams of methamphetamine to the Confidential Informant inside of a car in front of the Meridian Street House.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about May 19, 2022, in Los Angeles County, within the Central District of California, defendants JOSE ESTRADA, also known as ("aka") "Stalker," and BARBARA JIMENEZ, aka "Shanker," each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 223.7 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

　　　　　　　　　/S/　　　　　　　　
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

SURIA M. BAHADUE
Assistant United States Attorney
General Crimes Section

4